# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

125790-92 & (126)

46TH CIRCUIT TRIAL COURT,
      Plaintiff, Counter-Defendant,
      Third-Party Defendant-Appellee,

v

CRAWFORD COUNTY and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
      Defendants, Counter-Plaintiffs,
      Third-Party Plaintiffs
and

KALKASKA COUNTY,
      Intervening Defendant,
      Counter-Plaintiff, Third-Party
      Plaintiff, Appellant,
and

OTSEGO COUNTY,
      Third-Party Defendant,
      Appellee.
_____/

SC: 125790-92
COA: 246823, 248593, 251390
Crawford CC: 02-005951-CZ

By order of December 28, 2005, the application for leave to appeal the March 12, 2004 order of the Court of Appeals was held in abeyance pending the decision in *46th Circuit Trial Court v Crawford County* (Docket No. 128878). On order of the Court, the case having been decided on July 28, 2006, 476 Mich 131 (2006), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to consolidate is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

_____
Clerk

d1025